IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIO BALDERAS-HERNANDEZ,<br><br>Defendant. | CR 16-76-BLG-SPW<br><br>ORDER |

Pending before the Court is the motion of the United States of America under Fed. R. Crim. P. 48(a) for an Order dismissing the indictment with prejudice (Doc. 6). For good cause shown,

IT IS HEREBY ORDERED that the United States' Motion is **GRANTED**. The indictment is **DISMISSED WITH PREJUDICE**.

DATED this 14th day of April, 2020.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge